| Comments | Responses |
|---|---|



*Island.* Prepared for Maniniowali Equity Company, LLC. International Archaeological Research Institute, Inc., Honolulu, 2000.

[27] *Archaeological Update and PASH Rights Interviews for Kona International Airport at Keahole.* Prepared for Edward K. Noda and Associates, Inc. International Archaeological Research Institute, Inc., Honolulu, April 2000. With Usha Prasad.

[28] *Archaeology Monitoring Plan, AMC Parking Ramp Fuel Spill Clean-Up, Hickam Air Force Base, O'ahu, Hawai'i.* Prepared for Environmental Chemical Corporation. International Archaeological Research Institute, Inc., Honolulu, October 2000. With Myra J. Tomonari-Tuggle.

[29] A Bayesian calibration of $^{14}C$ determinations from two sinkholes and a surface habitation feature at Barbers Point, O'ahu. In *Archaeological Data Recovery Report for the Archaeological Sites in the Proposed Barber's Point Harbor Expansion Area, Kalaeloa, Ahupua'a of Honouliuli, District of 'Ewa, Island of O'ahu (TMK 9–1–14:2)* (? ).

[30] *Cultural Landscape Pilot Project for Supporting Implementation of the Integrated Cultural Resources Management Program at the Schofield Barracks Military Reservation, Island of O'ahu.* Prepared for U. S. Army Corps of Engineers. International Archaeological Research Institute, Inc., Honolulu, April 2000. With Myra J. Tomonari-Tuggle, Eric Komori and Judith R. McNeill.

[31] Effects of $^{14}C$ sample selection in archaeology: An example from Hawai'i. *Radiocarbon*, 42(2):203–217, 2000.

[32] *Phase II Archaeological Survey and Detailed Recording at Commander, U.S. Naval Forces Marianas (COMNAV VMARIANAS) Communications Annex (Formerly Naval Computer and Telecommunications Area Master Station, Western Pacific [NCTAMS WESTPAC]), Territory of Guam, Marianas Islands.* Prepared for Department of the Navy, Pacific Division, Naval Facilities Engineering Command. International Archaeological Research Institute, Inc., Honolulu, May 2000. With Richard K. Olmo, Tina Mangieri and David J. Welch.

[33] *Phase II Archaeological Survey of the Military Lease Area (Former VOA Areas B and C), Island of Tinian, Commonwealth of The Northern Mariana Islands.* Prepared for Department of the Navy, Pacific Division, Naval Facilities Engineering Command, Pearl Harbor. International Archaeological Research Institute, Inc., Honolulu, September 2000. With Boyd Dixon, David J. Welch and Tina Mangieri.

[34] *Research Design for a Cultural Resources Survey of Five Navy Surplus Guam Land Use Plan Parcels, Territory of Guam.* Prepared for Department of the Navy, Pacific Division, Naval Facilities Engineering Command. International Archaeological Research Institute, Inc., Honolulu, February 2000. With David J. Welch.

[35] *Archaeology Monitoring Plan for Removal of Underground Storage Tanks, Hickam Air Force Base, O'ahu, Hawai'i.* Prepared for Dames and Moore. In-

| Comments | Responses |
| --- | --- |

6

ternational Archaeological Research Institute, Inc., Honolulu, June 1999. With Myra J. Tomonari-Tuggle.

[36] *Archaeology Monitoring Plan for Underground Storage Tank Removal Project on ST11 Sites at Bellows Air Force Station, Hawai'i Project BFMV997775C.* Prepared for Dames and Moore. International Archaeological Research Institute, Inc., Honolulu, May 1999.

[37] *Cultural Resources Inventory Survey for the Hawaii Army National Guard Training Academy, Bellows Air Force Station, Waimanalo, Island of O'ahu, Hawai'i.* Prepared for Hawaii Army National Guard. International Archaeological Research Institute, Inc., Honolulu, 1999. With H. David Tuggle.

[38] *Archaeological Inventory Survey for the Kūlana 'Ōiwi Multi-services Center Project.* Prepared for Kauahikaua & Chun/Architects. International Archaeological Research Institute, Inc., Honolulu, August 1998. With Gail M. Murakami.

[39] *Archaeological Inventory Survey for the Kulana 'Oiwi Multi-Services Center Project, Kalama'ula, Kona, Moloka'i.* Prepared for Kauahikaua & Chun/Architects. International Archaeological Research Institute, Inc., Honolulu, August 1998.

[40] *Archaeological Monitoring and Sampling During Bellows OU7 UST Removal Project Interim Remedial Action, Phase I, Bellows Air Force Station, Waimānalo, Ko'olaupoko, O'ahu.* Draft report prepared for U.S. Army Corps of Engineers, Pacific Ocean Division. International Archaeological Research Institute, Inc., Honolulu, December 1998. With Michael Desilets.

[41] *Archaeological Services in Support of the Final Environmental Impact Statement for Proposed Expansion of Military Training and the Construction of Improvements to Existing Recreational Resources at Bellows Air Force Station, Waimānalo, Hawai'i.* Report prepared for Department of the Navy, Pacific Division, Naval Facilities Engineering Command. International Archaeological Research Institute, Inc., Honolulu, September 1998.

[42] Archaeological survey of property at Hā'ena, Kaua'i (TMK: 5–9–5: 1). Letter to Karen Sherwood in State Historic Preservation Division Library, Kapolei, Hawaii, March 3 1998.

[43] *Archaeology Monitoring Report for Site Investigations at Multiple Sites, Bellows Air Force Station, Waimanalo, Ko'olaupoko District, O'ahu, Hawai'i.* Prepared for The Environmental Company, Inc. International Archaeological Research Institute, Inc., Honolulu, February 1998. With Ingrid K. Carlson.

[44] Land snail extinctions at Kalaeloa, O'ahu. *Pacific Science*, 52(2):111–140, 1998. With H. David Tuggle.

[45] *Preservation Plan for Site 3312, Bellows Air Force Station, O'ahu.* Prepared for Department of the Navy. International Archaeological Research Institute, Inc., Honolulu, September 1998.

| Comments | Responses |
|---|---|




[46] *Port Allen Airport Improvements: An Assessment of Historic Preservation Issues, Hanapepe, Kona, Kaua'i.* Prepared for Edward K. Noda and Associates, Inc. International Archaeological Research Institute, Inc., Honolulu, December 1997.

[47] Assemblage definition, analytic methods, and sources of variability in the interpretation of Marquesan subsistence change. *Asian Perspectives*, 35:73–88, 1996.

[48] Sources of sand tempers in prehistoric Tongan pottery. *Geoarchaeology*, 11:141–164, 1996. With William R. Dickinson.

[49] Comparing $^{14}$C histograms: An approach based on approximate randomization techniques. *Radiocarbon*, 37(3):851–859, 1995.

[50] Apparent ages of marine shells: Implications for archaeological dating in Hawai'i. *Radiocarbon*, 36:51–57, 1994.

[51] Comment on Gordon, "Screen size and differential faunal recovery: A Hawaiian example". *Journal of Field Archaeology*, 21:391–392, 1994.

[52] Computer programs for creating cumulative probability curves and annual frequency distribution diagrams with radiocarbon dates. *New Zealand Journal of Archaeology*, 14:35–43, 1992. With Eric K. Komori.

[53] A pre-censal population history of Hawai'i. *New Zealand Journal of Archaeology*, 14:113–128, 1992. With Eric K. Komori.

[54] The South Point radiocarbon dates 30 years later. *New Zealand Journal of Archaeology*, 14:89–97, 1992.

[55] A reputation unmade: J. F. G. Stokes's career in Hawaiian archaeology. In *Heiau of the Island of Hawai'i* (? ), pages 3–20. Edited and introduced by Tom Dye.

[56] The causes and consequences of a decline in the prehistoric Marquesan fishing industry. In Yen and Mummery (? ), pages 70–84.

[57] Marine turtle bones from an archaeological site in Polynesia yield reliable age determinations. *Radiocarbon*, 32:143–147, 1990.

[58] Polynesian ancestors and their animal world. *American Scientist*, 78:207–215, 1990. With David W. Steadman.

[59] Prehistoric use of the interior of southern Guam. *Micronesica*, pages 261–274, 1990. With Paul L. Cleghorn.

[60] Prehistoric extinction of giant iguanas in Tonga. *Copeia*, 1989:505–508, 1989. With Gregory K. Pregill.

[61] Tales of two cultures: Traditional historical and archaeological interpretations of Hawaiian prehistory. *Bishop Museum Occasional Papers*, 29:3–22, 1989.

[62] *Social and Cultural Change in the Prehistory of the Ancestral Polynesian Homeland.* PhD thesis, Yale University, 1987.

| Comments | Responses |
|---|---|

8

[63] A preliminary petrographic study of Hawaiian stone adze quarries. *Journal of the Polynesian Society*, 94:235–251, 1985. With Paul L. Cleghorn, Marshall Weisler and John Sinton.

[64] Fish and fishing on Niuatoputapu. *Oceania*, 53:242–271, 1983.

[65] The linguistic position of Niuafoʻou. *Journal of the Polynesian Society*, 89:349–357, 1980.

[66] Ethno-archaeology and the development of Polynesian fishing strategies. *Journal of the Polynesian Society*, 88:53–76, 1979. With Patrick V. Kirch.

[67] *Archaeological and Historical Reconnaissance Survey of the Ugum Valley, Guam, Mariana Islands*. Prepared for U.S. Army Engineer District, Pacific Ocean. Anthropology Department, B. P. Bishop Museum, Honolulu, August 1978. With Samuel T. Price and John L. Craib.

[68] *Archaeological Salvage of Sites 50-Ha-E1-249, -253, and -292, Anaehoʻomalu, Island of Hawaii*. Prepared for Waikoloa. Anthropology Department, B. P. Bishop Museum, Honolulu, June 1977.

[69] *Cultural Resources Survey, Kapaʻakea Flood Control Project, Molokai, Hawaii*. Prepared for U.S. Army Corps of Engineers. Pacific Ocean Division. Anthropology Department, B. P. Bishop Museum, Honolulu, September 1977.

[70] *Archaeological Reconnaissance of Proposed Kapoho-Kalapana Highway, District of Puna, Island of Hawaii*. Number 72–3 in Departmental Report Series. Anthropology Department, B. P. Bishop Museum, Honolulu, 1972. With Robert F. Bevacqua.

Honolulu, Hawaiʻi, February 13, 2006

| Comments | Responses |
|---|---|
| | |



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| MALAMA MAKUA, a Hawaii non-profit corporation, Plaintiff, vs. DONALD H. RUMSFELD, SECRETARY OF DEFENSE; and FRANCIS J. HARVEY, Secretary of the United States Department of the Army, Defendants. | CIVIL NO. 00-00813 |

COPY

DEPOSITION OF LAURIE LUCKING

Taken on behalf of Plaintiff at the Law Offices of Earthjustice, 223 South King Street, Suite 400, Honolulu, Hawaii, commencing at 1:00 p.m. on December 22, 2005, Pursuant to Notice.

Transcribed by: RITA KING, RPR, CSR #373
Court Reporter, State of Hawaii

ALI'I COURT REPORTING
2355 Ala Wai Boulevard, #306
Honolulu, Hawaii 96813
808.394.ALI'I (2544)

| Comments | Responses |
|---|---|



council APPEARING:

Attorney for Plaintiff:

DAVID L. HENKIN, ESQ.
Earthjustice Legal Defense Fund
223 South King Street, Suite 400
Honolulu, Hawaii 96813
808.599.2436

Attorney for Defendants:

ROBERT M. LEWIS, ESQ.
Environmental Law Division
U.S. Army Litigation Center
901 North Stuart Street, Suite 400
Arlington, VA 22203
703.696.1567

ELENA J. ONAGA, ESQ.
Stop 126, Building 718
Ft. Shafter, HI 96858
808.438.2291

Also present:
RICHARD W. CARLILE
Assistant District council
Bldg 230,CEPOH-OC
Ft. Shafter, HI 96858
808.438.7068

| Comments | Responses |
|---|---|



I N D E X


| WITNESS | PAGE |
|---|---|
| LAURIE LUCKING | |
| Examination by Mr. Henkin | 4 |


E X H I B I T S


| Deposition Exhibits | Description | Marked |
|---|---|---|
| 1 | Programmatic Agreement | 11 |
| 2 | Figure 3-24, Cultural Resource Features | 21 |
| 3 | Letter - Nov 17, 2005 | 26 |
| 4 | Memorandum for the Record 22 November 2005 | 31 |
| 5 | Memorandum for the Record 08 September 2005 | 42 |
| 6 | Draft - Annual Report, 2004-2005 | 45 |
| 7 | Archaeological Survey and Protection Of Cultural Resources During UXO Clearance Activities | 55 |
| 8 | Letter - 10-11-05 | 61 |
| 9 | Memorandum for the Record 21 November 2005 | 63 |

| Comments | Responses |
| --- | --- |



Q. I'll hand you a document and see if that refreshes your recollection.
A. The document is from the Draft Environmental Impact Statement, Military Training Activities at Makua Military Reservation, Hawaii, dated March, 2005.
Q. Do you see the legend on this Figure 3-24 where it has a certain color that indicates surveyed areas?
A. Yes.
Q. What are the areas colored with that that color represents?
A. Those are areas in which we have done surface survey, what we call Phase I, presence absence.
Q. What's a Phase I, presence absence?
A. It's simply you walk across the surface to see if there's any surface indications of an archeological site.
Q. And as of what date and time does this reflect the areas that have been surveyed, surface surveyed?
A. This would have been early in 2004.
Q. Between early 2004 and when the draft Environmental Impact Statement went out for public

| Comments | Responses |
| --- | --- |



review, were there any additional surface surveys that were conducted?

A. There are a few small scale surveys that were done by contract archeologists working for the Cultural Resources Program through the Research Council, University of Hawaii. And there was another survey that was done in August of this year after a burn within the South Fire Break Road, and in November there was subsurface testing that was completed within the South Fire Break Road.

Q. Did you participate in the preparation of the portion of the Draft Environmental Impact Statement that discusses the cultural resources at Makua?

A. I reviewed the document and commented on it.

Q. Does the figure that we've labeled as Exhibit 2 accurately reflect the extent of surface surveys that are discussed in the draft Environmental Impact Statement?

A. No, it doesn't.

Q. What differences would there be between --

A. Well, every place where there's a light pink there's been a surface survey.

| Comments | Responses |
| --- | --- |



Q. Any other areas?
A. No.
Q. Focusing your attention on what is the eastern portion of the area within -- do you know what I mean when I say the South Fire Break Road?
A. Yes, I do.
Q. Focusing your attention on the eastern portion, are there areas that were unsurveyed as of the time of the Draft Environmental Impact Statement's preparation?
A. The southeastern lobe of the fire break, the one that is currently blue, has not been surveyed.
Q. Has it been surveyed subsequent to the preparation of the draft EIS?
A. No, it has not.
Q. Could you please circle in black the portion that you're referring to there.
A. (Witness indicating.)
Q. And could you draw a line down into a white margin and write "not surveyed," please.
A. (Witness indicating.)
Q. Thank you.
If you look at the northeast corner of the area within the South Fire Break Road, do you

| Comments | Responses |
| --- | --- |



see an area that appears to be purplish blue?
A. That should be Brown.
Q. When you say it should be brown, was it surveyed as of the time of the Draft --
A. Yes, it was.
Q. If you could let me finish the question, it'll insure -- I realize it's not natural, but it's the construct we're operating under.
So with reference to the northeast lobe of the South Fire Break Road, was that surveyed as of the time of the preparation of the Draft Environmental Impact Statement?
A. Yes, it was.
Q. If you could circle that area using the black pen and draw a line to a white portion and write "surveyed."
A. (Witness indicating.)
Q. Thank you.
And immediately to the west of sites number 5587 and 5589 there appears to be a bluish-purple area. Do you see that?
A. Yes, I do.
Q. Was that surveyed at the time of the Draft Environmental Impact Statement?
A. I am unsure about that.

**Comments** | **Responses**



Q. Has it been surveyed since then?
A. I am unsure about that, also.
Q. I'm going to show you another document. Would you please take a look at this to see if you recognize it. Do you recognize that document?
A. Yes, I do.
MR. HENKIN: Could we please have that labeled as Exhibit 3.
(Exhibit Number 3 was marked for identification.)
Q. BY MR. HENKIN: Could you please describe the document you've labeled as Exhibit 3.
A. This document is a letter addressed to Malama Makua dated November 17th, 2005 concerning subsurface surveys at Makua Military Reservation.
Q. Did you participate in the formulation of the proposal that's reflected in this letter?
A. Yes, I did.
Q. Could you please refer to enclosure one, which is the first color map in Exhibit 3.
A. Yes, I'm looking at it.
Q. Do you see the legend where it indicates that areas that are hatch marked in green have been surface surveyed?
A. Yes.

**Comments** | **Responses**



STATE OF HAWAII )
) ss.
COUNTY OF HONOLULU )

BE IT KNOWN that the foregoing deposition was taken before me, RITA KING, a Certified Shorthand Reporter for the State of Hawaii; that the witness before testifying was duly sworn by me to testify to the whole truth; that the questions propounded to the witness and the answers of the witness thereto were taken down by me in shorthand and thereafter reduced to print by computer-aided transcription under my direction; that the witness elected to read and sign; that the foregoing pages are a full, true and accurate transcript of all proceedings and testimony had and adduced upon the taking of said deposition, all done to the best of my skill and ability.

I FURTHER CERTIFY that I am in no way related to nor employed by any of the parties hereto nor am I in any way interested in the outcome hereof.

DATED at Honolulu, Hawaii, this 26th day of December, 2005.

Rita King

RITA KING, RPR, CSR No. 373

## Comments



## Responses

| Comments | Responses |
|---|---|

FINAL REPORT

**ARCHAEOLOGICAL SUBSURFACE TESTING AND SURVEY OF SITES IN THE COMPANY COMBINED ARMS ASSAULT COURSE, MAKUA MILITARY RESERVATION, MĀKUA AHUPUA'A, WAI'ANAE DISTRICT, O'AHU ISLAND, HAWAI'I (TMK 8-2-01)**



**Prepared for:**
U.S. Army Corps of Engineers, Honolulu District
CEPOH-EC-E, Building 252
Fort Shafter HI 96858-5440

Contract DACA83-01-D-0013
Task Order 0010

**Prepared By:**
Garcia and Associates (GANDA)
146 Hekili St., Suite 101
Kailua, HI 96734

July 2005

## Comments

*Layer II* (20 cm thick) very dark brown (7.5 YR 2.5/3) silt clay loam; lower boundary not reached; compact; medium, platy to crumb structure; cobbles and saprolitic bedrock, culturally sterile.

Feature 4 wall was embedded in Layer I, a culturally darkened soil matrix. Layer I yielded one piece of coral, 2 volcanic glass flakes, 4 basalt flakes, 0.9 g of weathered unidentified marine shell, and 1.7 g charcoal.

Both subsurface features (Feature 4.1 and 4.2) were associated with Layer I. The base of Feature 4.2 in the upper portion of Layer II suggests the feature – a possible post mold – was likely excavated into the underlying, non-cultural soil layer. Feature 4.1 (Figure 30) is a probable *imu* based on the inclusion of fire-affected cobbles and abundant charcoal. The feature was 24 cm thick and 56 cm (N/S) by 40 cm (E/W) in plan; it expanded outside the excavation units to the east and south of TU 11. Cultural material was recovered from the feature fill, including one volcanic glass flake, 0.5 g of echinoderm, a piece of coral (Art. 76.1), and 73.1 g of charcoal. Wood charcoal collected from Feature 4.1 produced a conventional radiocarbon age of 350 ± 50, calibrated (2 sigma) to AD 1440-1650.

Feature 4.2 is a probable post-mold based on its cylinder-shaped profile and absence of cultural material. The feature began at 10 cmbs, was 10-20 cm in diameter and 30 cm deep; the bottom 10-cm of the feature had a weathered matrix and overlapped into Layer II. The post-mold was between two small boulders, possibly supporting the post in the floor of the enclosure.




**Figure 30. Site 4543, Feature 4.1 *imu* in plan**



## Responses

| Comments | Responses |
|---|---|

Excerpts from 12/13/2005 Interview of Major General Benjamin Mixon by Gina Mangieri, KHON2 News (time codes refer to place on tape)

Q: What in your opinion is the long-term horizon for Makua? Will this always be a military training ground?

16:06
A: There certainly are precedents back in the mainland for training areas in the BRAC process to have been turned back.
The agreement on Makua goes out to 2029. That's the current agreement.
16:20 I think there certainly is some room somewhere if the state were to desire to take negotiations, I'm sure the Army would listen.
16:32
16:33 Certainly in the foreseeable future, the next 3 to 5 years, I see Makua as being a very valuable training area until we complete all the improvements here at Schofield Barracks for the training. 16:45

Q: To revisit that, you're saying for the next 3 to 5 years, Makua would be critical, but beyond that it's foreseeable the training could shift elsewhere?

16:53
A: I think it could. But once again, that's something that the state government needs to take on and determine. If they want to take the responsibility for expending $8 million to $12 million a year in sustaining the cultural and natural preserve that we do at Makua. 17:07

Q: But you think possibly 5 years or more down the line, you think the area here (at Schofield and Pohakuloa) would be to the point that you'd have the room to be out of Makua?

A: We'll have to do the analysis and see, but certainly we should take a look at that. From our perspective, 2029 is the (longest-term) day. But it's always worth revisiting.
Once we get all of the things in place we have going on at Schofield and Pohakuloa, it would be reasonable to me to think we could take another look at it.

* * *

21:43

Q: What you discussed today is not common knowledge yet -- that you're looking for alternatives to Makua in the 5-plus-year range. Do I understand you right -- no need to hold on to Makua forever if you find

1

| Comments | Responses |
| --- | --- |
| other alternatives.<br><br>22:04<br>A: I said that once all the projects are finished here at Schofield 22:06 in the next 3-5 years, it would be worthwhile to take a look and see if Makua is still necessary for the ultimate training for our forces. 22:15<br><br>2 | |

| Comments | Responses |
|---|---|
| RANGE AND TRAINING LAND PROGRAM<br>LAND USE REQUIREMENT STUDY | |



| Comments | Responses |
| --- | --- |

# RANGE AND TRAINING LAND PROGRAM LAND USE REQUIREMENT STUDY

25th Infantry Division (Light)
and United States Army Hawaii
Land Use Requirement Study

Final Submittal
April 2003

*Prepared by*
Range Division Hawaii, G3/DPTM, 25th ID(L) & USARHAW
Training Support Branch, G3/DCSOPS, US Army Pacific

| Comments | Responses |
| --- | --- |



There are significant shortfalls in live fire ranges for the 25th ID (L) and USARHAW for virtually all required ranges except for the 10 / 25 meter range and indirect fire facilities. While the existing ranges (except for urban operations facilities) can meet current training requirements they are considered as shortfalls due to a lack of modernization or the inability to support future throughput requirements. The 25th ID (L) and USARHAW RTLP Development Plan provides further analysis and recommendations to resolve these shortfalls.

### ES.2.3 Conclusions

There is a significant shortfall in the quantity of training land in Hawaii. There are some workarounds to this training land deficiency. For example, each year, battalion and brigade size task forces of the 25th ID (L) conduct deployment exercises in Australia, Thailand, Japan, and South Korea. In addition, other maneuver areas in Hawaii are obtained on a case-by-case basis from private landowners, estates, United States Air Force (USAF) and United States Marine Corps (USMC) resources, and state owned lands. Rotations to the National Training Center (NTC) and Joint Readiness Training Center (JRTC) also provide added training opportunities. These deployments are part of standard operating procedures for Hawaii-based Army units, but assist to partially compensate for the training land shortfall.

One of the major benefits that are derived from the separation of 25th ID (L) and USARHAW training area between the Islands of Oahu and Hawaii is not clearly conveyed in the land use requirements study (LURS) statistics. The major training area for 25th ID (L) and USARHAW is PTA. This training site is 175 nautical miles from Oahu, the home station for most assigned forces. Generally speaking, an assigned maneuver battalion deploys to PTA once annually for approximately 30 days of training. The movements between these geographically separated islands provide outstanding training opportunities. A light infantry training exercise to PTA is truly a challenge in deployment involving land, sea, and air moves. Most large size cargo is shipped on assigned Army vessels. The balance of a Legacy battalion moves from Hickam Air Force Base to Hilo, Hawaii. Upon arrival on the Island of Hawaii, troops are moved by ground transportation the 40 miles from the airport to PTA. Their equipment is moved over an off-road trail, or by public road, from the seaport of Kawaihae to PTA. This training area is remote and supports most live fire scenarios. On conclusion of the training period, the return to home station is accomplished in the same manner as described for movements to PTA. The deployment / redeployment execution associated with one of these exercises adds to a realistic training scenario based on the units' mission essential task list (METL).

In this era of defense budget cutting and increasing unit training costs, transportation expenses have dramatically escalated. Barge and air travel costs to transport troops and equipment from Oahu to PTA have increased significantly in recent years. To maintain operational readiness of 25th ID (L) and USARHAW units, funding must keep pace with inflation and price increases to meet these transportation requirements.